[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 27, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14364

_____

D. C. Docket No. 02-03256-CV-WBH-1

MARY ANN PECKHAM,

Plaintiff-Appellant,

versus

GALE A. NORTON, Secretary,
Department of the Interior,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(April 27, 2006)**

Before CARNES, PRYOR and HILL, Circuit Judges.

PER CURIAM:

In this consolidated appeal, appellant-plaintiff Mary Ann Peckham (Peckham) appeals (1) the grant by the district court of summary judgment in favor of Gale A. Norton, Secretary of the Department of the Interior (DOI), and (2) the district court's affirmance of the decision of the Merit Systems Protection Board (MSPB), upholding her termination by the National Park Service.  In so doing , the district court found against Peckham (1) on her claims of sex discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1864, as amended, 42 U.S.C. § 2000e, *et seq.*, and (2) against the merits system non-discrimination component of her case under the Civil Service Reform Act of 1978, Pub. L. No. 95-454, 92 Stat. 1111, 5 U.S.C. §§ 2302(b), 7701 and 7703(c)), as being procedurally improper.

After carefully reviewing the record on appeal, and reading the parties' briefs, we affirm the district court's grant of summary judgment in favor of DOI and also its affirmance of the MSPB, based on the well-reasoned Report and Recommendation of the magistrate judge dated April 27, 2005, and the judgment of the district court adopting the Report and Recommendation of the magistrate judge, dismissing Peckham's action dated June 6, 2005.

**AFFIRMED.**